NUMBER 13-99-00548-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


ROCK HARD, INC. F/K/A SIMPSON-MANN, INC., Appellant,


v.




WENONAH SOCKWELL, INDEPENDENT EXECUTRIX 

OF THE ESTATE OF L. JOE SOCKWELL, DECEASED, Appellee.

_____________________________________________________________


On appeal from the County Court at Law No. 2


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on September 30, 1999, due to the
bankruptcy of one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex.
R. App. P. 8. Since the abatement there has been no activity in this appeal. On April 16,
2009, the Court ordered the parties to file an advisory regarding the status of the appeal
and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. 

 The parties responded to the order by informing the Court that the case should be
reinstated and dismissed for want of prosecution. Accordingly, we reinstate and dismiss
the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 21st day of May, 2009.